⚖AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 13, 2009 |
| NAME OF SERVER (PRINT) Michael S. Nadel | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Reached agreement with John Guaragna, counsel for Defendant, that service is deemed accepted.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-17-09
              Date

Signature of Server

600 Thirteenth Street, N.W.
Washington, DC 20005

Address of Server

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 19 2009

DAVID J. MALAND, CLERK
BY
DEPUTY _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 10 2009

DAVID J. MALAND, CLERK
BY
DEPUTY _____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN     District of     TEXAS

BLACKBOARD INC.

**SUMMONS IN A CIVIL CASE**

V.

DESIRE2LEARN INC.

CASE NUMBER: 9:09-cv-129

TO: (Name and address of Defendant)

Desire2Learn Inc.
72 Victoria Street South, Suite 401
Kitchener-Waterloo, Ontario, Canada N2G 4Y9

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Thad Heartfield
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706

an answer to the complaint which is herewith served upon you, within    twenty (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

David Maland                    8/10/09

CLERK                    DATE

(By) DEPUTY CLERK